RECEIVED
IN LAKE CHARLES, LA
MAY 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 98-20058-03 |
| VS. | : | JUDGE MINALDI |
| BENJAMIN BLOUNT | : | MAGISTRATE JUDGE WILSON |

## ORDER

Presently before the court is a "Motion for Relief From Judgment pursuant to Federal Rules of Civil Procedure 60(b)(5)" [doc. 836] filed by the defendant, Benjamin Blount,.

In order to determine the merits of this motion, THE CLERK IS DIRECTED to mail a copy of this order, which shall constitute service of notice, to the United States Attorney for the Western District of Louisiana, through AUSA Christina Walker.

IT IS ORDERED that the respondent, the United States, file an answer within twenty days from the date of THIS ORDER.

The answer shall state whether the petitioner has exhausted administrative remedies, if applicable, and shall include certified copies of the transcript from the sentencing proceedings. Respondent shall also file a memorandum of law in support of all issues raised in the answer, citing relevant statutory and case law.

IT IS FURTHER ORDERED that the Petitioner is allowed twenty days following the filing of the respondent's memorandum to file any response that he wishes to file with the court.

IT IS FURTHER ORDERED that as a condition to their acceptance by the Clerk, all future

filings by the petitioner or Respondent shall include a certificate indicating that a copy thereof has been furnished to the other party.

Lake Charles, Louisiana, this 21 day of May, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT