

RECEIVED
IN LAKE CHARLES, LA
JUN 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:98 CR 20058-03 |
| VS. | : | JUDGE MINALDI |
| BENJAMIN BLOUNT | : | MAGISTRATE JUDGE WILSON |

### ORDER

IT IS ORDERED that the defendant be placed on notice that this court intends to construe his Motion for Order Granting Relief from Judgment [doc. 845] as a motion filed pursuant to §2255. The defendant has ten (10) days from the date of this order to withdraw his motion if he does not intend to file a §2255 motion.

Lake Charles, Louisiana, this 20 day of June, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE