RECEIVED
IN LAKE CHARLES, LA

JUL 17 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 98-20058-03 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| BENJAMIN BLOUNT | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

IT IS ORDERED, ADJUDGED and DECREED that the second "Motion for Relief From Judgment pursuant to Federal Rules of Civil Procedure 60(b)(5)" [doc. 836] filed by the defendant, Benjamin Blount BE TRANSFERRED to the Fifth Circuit for a determination of whether authorization to file a successive §2255 motion will be granted.

Lake Charles, Louisiana, this 16 day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE